LAWRENCE B. AUERBACH, Plaintiff, *v.* JOHN B. TAUB et al., Defendants.

Supreme Court, Special Term, New York County, January 5, 1949.

*Louis Rivkin* for defendants.

*Jay Leo Rothschild* for plaintiff.

COHALAN, J. Motion to strike the second and third causes is denied. Three separate causes are stated seeking a recovery

on a contract of employment. Plaintiff's counsel has chosen to anticipate defenses which may be raised and to avoid them in the complaint. It appears that such pleading is permissible (1 Abbott's Forms of Pleading [3d ed.], n. 45, p. 223 *et seq.*, and cases there cited).